F&M#: 82111

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

---

**IN RE : DAVID COLLETT MILLER**
**SUSAN DENISE MILLER**
Debtor(s)

CASE NO : 10-1-8327-DK
CHAPTER : 7

---

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Please take notice that the firm of Friedman & MacFadyen, P.A. 210 East Redwood Street, Baltimore, Maryland 21202-3399, will represent the interests of Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp. for notice purpose only in this matter.

The undersigned request that the names shown below be placed on the mailing matrix and notices in this matter be served as follows:

Michael T. Cantrell, Esquire
Diana C. Theologou, Esquire
Friedman & MacFadyen, P.A.
210 East Redwood Street
Baltimore, MD 21202-3399
(410) 685-1763

/ S / Michael T. Cantrell

Michael T. Cantrell, Esquire
Email: mike@fmlaw.com
Bar No.: 08793

/ S / Diana C. Theologou

Diana C. Theologou, Esquire
Email: diana@fmlaw.com
Bar No.: 14284